WILLIAM E. KENNEDY (CSB #158214)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax
willkennedy@pacbell.net

Attorney for Plaintiff TAPOSH DUTTA ROY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TAPOSH DUTTA ROY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIFUND CCR PARTNERS<br><br>    Defendant. | Case No.:09-00751 WDB<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff Taposh Roy hereby informs the court that settlement has been reached in this matter.

DATED:  September 22, 2009            LAW OFFICE OF WILLIAM E. KENNEDY

                                                              /s/
                                            William E. Kennedy
                                            Attorney for Plaintiff TAPOSH DUTTA ROY

NOTICE OF SETTLEMENT     N.D. California Case No.  09-00751 WDB

1