1  WILLIAM E. KENNEDY (CSB #158214)
   LAW OFFICE OF WILLIAM E. KENNEDY
2  2797 Park Avenue, Suite 201
   Santa Clara, California 95050
3  (408) 241-1000 phone
   (408) 241-1500 fax
4  willkennedy@pacbell.net

5  Attorney for Plaintiff TAPOSH DUTTA ROY

6

7                    UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10
                                          )   **Case No.:09-00751 WDB**
11  TAPOSH DUTTA ROY                       )
                                          )
12         Plaintiff,                      )   **STIPULATION FOR DISMISSAL**
                                          )
13         vs.                             )
                                          )
14  UNIFUND CCR PARTNERS                   )
                                          )
15                                         )
                                          )
16         Defendant.                      )
                                          )

17         IT IS HEREBY STIPULATED by and between the parties to this action through their

18  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

19  pursuant to Federal Rule of Civil Procedure 41(a)(1).

20

21
    DATED:  October 8, 2009          SIMMONDS & NARITA LLP
22

23                                        /s/
                                    By:   _____
24                                        Tomio B. Narita
                                          Attorneys for Defendant UNIFUND CCR
                                          PARTNERS
25
    DATED:  October 8, 2009          LAW OFFICE OF WILLIAM E. KENNEDY
26

27                                        /s/
                                          _____
28                                        William E. Kennedy
                                          Attorney for Plaintiff TAPOSH DUTTA ROY

STIPULATION FOR DISMISSAL

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2       I, William E. Kennedy, attest that concurrence in the filing of this document has been

3   obtained from the other signatory.

4       I declare under penalty of perjury that the foregoing is true and correct. Executed on

5   October 5, 2009 at Santa Clara, California.

6

7                                                   By:     /s/ *William E. Kennedy*
                                                            William E. Kennedy
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL